

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00921-CV

**IN RE** John J. **ROCKEY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Irene Rios, Justice

Delivered and Filed: December 12, 2018

PETITION FOR WRIT OF MANDAMUS DENIED

On December 3, 2018, relator filed a petition for writ of mandamus and a motion for temporary relief. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is also DENIED.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2016-CI-19967, styled *In the Matter of the Marriage of John J. Rockey and Mubeena Rockey*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.